**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ACCOUNTABILITY NOW USA

             Plaintiff,

   v.                           No. 1:26-cv-2385 (RDM)

KEVIN GRIESS, *et al*.,

             Defendants.

**DECLARATION OF ANITA CAREY**

Anita Carey deposes and says:

1.     I am an Organizer with Accountability NOW. I am also the permit holder for the National Park Service permit issued to Accountability NOW for a demonstration near the George Meade Statue on Constitution Avenue in Washington, D.C.

2.     Accountability NOW is an unincorporated association that is the Plaintiff in this lawsuit. Among other activities, Accountability NOW conducts this ongoing demonstration at which volunteers display signs, distribute literature containing political messages, and engage in face-to-face conversations with members of the public, to call attention to the rise of fascism in the United States and demand the impeachment of President Trump. Volunteers maintain the demonstration twenty-four hours a day, seven days a week. This demonstration has been ongoing at this site since December 12, 2025, except for a hiatus during the "Snowcrete" weather event in early 2026 and during some high winds on March 16-18. Demonstrations involving some of the same volunteers have been ongoing since May 1, 2025, at various locations in the District of Columbia.

3.      Accountability NOW has a valid permit authorizing it to conduct its demonstration at this site, including the use of tents, tables and chairs, a portable sound system, and a portable toilet. The current permit was issued on April 13, 2026, and is valid through August 12, 2026. Accountability NOW intends to obtain another permit when the current permit expires, at the same or another location on NPS-managed land in the District of Columbia.

4.      On February 24, 2026, National Public Radio reported that the Justice Department was withholding more than 50 pages of FBI interviews with a woman who had accused Donald Trump of sexually abusing her when she was a minor. In response to such news reports, Accountability NOW began displaying two new signs at its demonstration. One reads: "TRUMP RAPED LITTLE GIRLS." The other reads: "KIDS, IF YOUR PARENTS ARE MAGA, THEY LOVE CHILD RAPISTS." The display of those signs has engendered numerous conversations between volunteers and passersby regarding President Trump's behavior, morality, and fitness to continue in office. The photographs below depict these signs as they were displayed at Plaintiff's demonstration site on April 14, 2026:

 

5.      After discussions about the signs with NPS personnel, I received an email from NPS agent Marisa Richardson on April 14, 2026, stating:

Here is the [*sic*] Superintendent Griess provided:

> Based on the photographic evidence from earlier today, the AN/FLARE first amendment permit is displaying unprotected obscenity in signs or media.
>
> This is not protected by the first amendment and is therefore prohibited and a violation of law.

6. On April 14, 2026, I emailed Defendant Griess seeking clarification of NPS's position and asking, in particular, why NPS believes the signs meet the legal definition of obscenity and what would happen if the signs remain on display.

7. On April 15, 2026, I received the following response by email from Defendant Griess:

> Thank you for your message. We appreciate your cooperation as we work to ensure that all permitted activities remain in compliance with federal requirements.
>
> To clarify, the material displayed under your permit has been evaluated under all appropriate standards and tests and is deemed unprotected obscenity, which the Court has established is not protected by the First Amendment. This determination is supported by federal law which prohibits obscene material on federal property.
>
> Because obscenity is unlawful on federal land, we must ask that the material be removed.
>
> The National Park Service may impose and enforce permit conditions to prevent unlawful conduct, including the display of obscene materials prohibited under federal law. All activities conducted under an NPS permit must remain lawful and in compliance with permit conditions. If a permittee chooses not to comply with a lawful direction to cease prohibited conduct, the National Park Service may take further steps as appropriate to ensure compliance.

8. Based on these communications and the recent experiences of other NPS permit holders whose demonstrations were critical of President Trump that I am aware of, Accountability NOW faces a realistic and imminent threat that its demonstration permit will be summarily revoked or its signs removed, with minimal or zero notice, if it continues to display the signs reproduced above. Revocation may result in the destruction of its valuable property, including its tents, tables, chairs, sound equipment, and literature.

3

9.    I am aware that on September 7, 2025, the Lafayette Park Peace Vigil, which had existed for 44 years, had its permit summarily revoked and was dismantled by Park Police officers without notice. I am aware that on September 24, a gold-colored statue of President Trump and disgraced financier Jeffrey Epstein holding hands and appearing to be dancing with each other, titled "Best Friends Forever," was knocked down and damaged by Park Police personnel, without notice, in the early morning darkness the day after it had been erected pursuant to a valid permit. I am aware that on October 3, 2025, a permitted demonstration by FLARE (For Liberation and Resistance Everywhere) USA, which called for the impeachment and removal of President Trump, had its permit revoked and was dismantled by Park Police personnel with no notice. I am aware that on December 11, 2025, FLARE USA had its permit revoked and its demonstration dismantled on short notice.

10.    I understood Defendant Griess's message that the signs were "unlawful" and that NPS would "take further steps as appropriate to ensure compliance" to mean that if Accountability NOW continues to display these signs, NPS will summarily revoke its permit and dismantle its demonstration or remove the signs with little or no notice.

11.    Accountability NOW has temporarily removed the signs reproduced above in order to forestall NPS enforcement action. After filing this lawsuit, Accountability NOW attempted to reach an agreement with the National Park Service that would allow it to continue to display these signs, but that effort was not successful. Accountability NOW wishes to again display these signs as part of its permitted demonstration, but reasonably fears that if it does so its permit will be summarily revoked and/or its demonstration forcibly broken up.

12.    Accountability NOW intends to display these signs again as soon as it receives legal protection from those consequences.

4

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Walnut, California, on May 25, 2026.

_____
Anita Carey