**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ACCOUNTABILITY NOW USA

         Plaintiff,

v.

KEVIN GRIESS, *et al.*,

         Defendants.

No. 1:26-cv-2385 (RDM)

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A
PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff's Motion for a Preliminary Injunction and any opposition and reply,

It appearing to the Court that Plaintiff is likely to succeed on the merits of its action, that it will suffer irreparable injury if the requested relief is not issued, and that the balance of equities and the public interest favor the entry of such an order, it is therefore,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** that Defendants, their agents and employees, and all persons acting in concert with them, are hereby enjoined, pending further order of the Court, from taking any action in retaliation against Plaintiff's display of the signs depicted in paragraph 9 of the Complaint in this action, including revocation of Plaintiff's demonstration permit or seizure of said signs; and it is further

**ORDERED** that Defendants shall provide Plaintiff and its counsel with at least two full business days' notice before revoking their demonstration permit for any other purported reason; and it is further

1

**ORDERED** that this injunction shall be effective upon the posting of a bond in the amount

of $1.00 with the Clerk of the Court.

Dated: June ___, 2026


_____
Randolph D. Moss
United States District Judge