**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ACCOUNTABILITY NOW USA

                Plaintiff,

    v.

KEVIN GRIESS, *et al*.,

                Defendants.

No. 1:26-cv-1385 (RDM)

**SECOND DECLARATION OF ANITA CAREY**

Anita Carey deposes and says:

1. I am an Organizer with Accountability NOW. I am also the permit holder for the National Park Service permit issued to Accountability NOW for a demonstration near the George Meade Statue on Constitution Avenue in Washington, D.C.

2. At approximately 5 a.m. today (May 27), sixteen hours after Plaintiff filed its motion for a preliminary injunction in this case, four cars of U.S. Park Police officers pulled up to Plaintiff's demonstration site. One officer approached the volunteer on duty and, reading from a clipboard, announced: "18 U.S. Code 8741 Threats against the President. Right now, we're looking at the 8647 as a threat against the President. Can I ask you to take it down please? The sign here?" After it was taken down, he said "Thanks so much. And please refrain from putting it back up. If it comes back up we'll be by here again, OK, and then it will be a violation of the permit." A video of that interaction is available at https://photos.app.goo.gl/jtM8Tj7sCnkS4Smg9.

3. The photograph below shows the flag that Plaintiff was displaying:



4.      Plaintiff has been displaying this flag for more than two weeks. On May 12, two Secret Service officers inquired about it and after being assured that it was part of Plaintiff's message calling for the impeachment and removal of President Trump, departed without complaint.

5.      This flag is commercially available from Amazon.com, which is where Plaintiff obtained it. Amazon also distributes flags with many other designs displaying the same message. See https://www.amazon.com/s?k=8647+flag&crid=2RKVB692ORO2C&sprefix=8647+Flag%2Caps%2C129&ref=nb_sb_ss_p13n-expert-pd-ops-ranker_ci_hl-bn-left_1_9.

6.      Plaintiff's display of this flag is not in any way a threat against the President. Plaintiff's demonstration, which has been ongoing (with a few interruptions) for more than five months, calls attention to the rise of fascism in the United States and demands the impeachment and removal of President Trump. The phrase "86" is widely understood to mean "throw out" or "get rid of," see https://www.merriam-webster.com/wordplay/eighty-six-meaning-origin, and the slogan "8647" is now widely used to mean "get rid of President Trump" in a political manner (through impeachment or the 25th Amendment).

7. Because of the Park Police officer's threat that re-display of the flag will be deemed a violation of Plaintiff's permit, Plaintiff is not now displaying the flag. It wishes to resume displaying it, but reasonably fears that if it does so its permit will be summarily revoked and/or its demonstration forcibly broken up. Plaintiff intends to display the flag again as soon as it receives legal protection from those consequences.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Jose, California, on May 27, 2026.

Anita Carey