**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ACCOUNTABILITY NOW USA<br><br>              Plaintiff,<br><br>    v.<br><br>KEVIN GRIESS, *et al.*,<br><br>              Defendants. | No. 1:26-cv-1385 (RDM) |

**NOTICE OF DEFENDANTS' POSITION ON TRO APPLICATION**

In Plaintiff's TRO application [ECF 10] Plaintiff reported that "Defendants' counsel has indicated that Defendants will convey their position on this application by COB today."

Defendants' counsel has now indicated that Defendants oppose the TRO.

May 27, 2026                          Respectfully submitted,

                               */s/ Arthur B. Spitzer*
                               Arthur B. Spitzer (D.C. Bar No. 235960)
                               Aditi Shah (D.C. Bar No. 90033136)
                               Laura K. Follansbee (D.C. Bar No. 1782046)
                               AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                                 OF THE DISTRICT OF COLUMBIA
                               529 14th Street, N.W., Suite 722
                               Washington, D.C. 20045
                               (202) 457-0800
                               ashah@acludc.org
                               lfollansbee@acludc.org
                               aspitzer@acludc.org

                               *Counsel for Plaintiff*