**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ACCOUNTABILITY NOW USA,

      Plaintiff,

      v.

NATIONAL PARK SERVICE, *et al.*,

      Defendants.

Case No. 1:26-cv-01385-RDM

**DECLARATION OF U.S. SECRET SERVICE**
**DEPUTY DIRECTOR MATTHEW C. QUINN**

I, Matthew C. Quinn, declare as follows:

1.  I am the Deputy Director of the United States Secret Service (Secret Service). Prior to my current appointment, I served as Deputy Assistant Director of the Office of Protective Operations and retired from the Secret Service after more than two decades of service. During that time, I held several leadership positions, including Special Agent in Charge of the Special Operations Division, Special Agent in Charge of the Office of Communication and Media Relations, Special Agent in Charge of Protective Operations, and Acting Special Agent in Charge of the Charlotte Field Office. I began my law enforcement career in 1998 at the Secret Service New York Field Office, conducting financial fraud investigations and serving as the primary liaison to the United Nations. I subsequently served as a supervisor in the Washington Field Office and as Assistant to the Special Agent in Charge at the James J. Rowley Training Center.

2.  Following my retirement in 2021, I worked as a senior executive in the private sector, most recently as Senior Vice President at Fortem Technologies in Pleasant Grove, Utah, where I was responsible for developing and applying airspace safety and security

1

solutions for law enforcement, military, and commercial stakeholders. On May 19, 2025, I returned to the Secret Service, becoming the agency's 24th Deputy Director.

3. I am a graduate of Arizona State University and hold a master's degree from the National Defense University at the Dwight D. Eisenhower School for National Security and Resource Strategy. I am also a graduate of the Key Executive Leadership Program at American University in Washington, D.C. I am a certified and appointed member of the federal Senior Executive Service.

4. The U.S. Secret Service is charged with ensuring the safety of the nation's highest-ranking officials, including the President and Vice President. *See* 18 U.S.C. §§ 3056(a), 3056A. As part of that mission, the Secret Service also protects key locations where the nation's highest-ranking elected leaders live and work, as well as the foreign diplomatic missions located in and around Washington, D.C. Among these locations of national importance are the White House Complex and Vice President's residence.

5. In my capacity as Deputy Director, I oversee the Secret Service's protective and investigative operations, including the directorates and offices responsible for protection of the President and Vice President, as well as the security of White House Complex and Vice President's residence. As a result, I possess current knowledge regarding the status, scope, and operational security considerations related to threats to Secret Service protected persons and sites.

6. The Secret Service receives and investigates information of threats, inappropriate interest, or unusual behavior directed toward protected persons, facilities, and events. The primary goal of protective threat investigations is to assess the risk of unwanted outcomes to protected interests. Unwanted outcomes include a wide range of possible behaviors

2

that pose a risk of harm to a protectee, including behavior that directs, incites, or otherwise encourages violence toward a protectee.

7. Today's threat environment is heightened, real, and dynamic. Acts of violence against the President, Vice President, and protected sites are occurring at an ever-increasing pace. This past weekend, an individual fired shots within yards of the White House Complex. Earlier this same month, an individual shot at Secret Service Police Officers near the Holocaust Museum in Washington, D.C., and along the route traveled by the Vice President. On April 25, 2026, a gunman opened fire at a Secret Service checkpoint at the White House Correspondents' Association Dinner at the Washington Hilton Hotel in Washington, D.C. The President and other protectees were in attendance. One Secret Service Police Officer was shot before the suspect was apprehended.

8. In this context, I regard the statement "86-47" as a potential call for acts of violence directed at the President of the United States. I understand "86" to represent a euphuism for acts of physical violence, and "47" to represent a reference to President Trump. I similarly view the statement "86-46" and other variations to represent potential threats to former living Presidents. Based on my training and experience, I believe that this term, as it is understood today, can incite violence by others.

9. The Secret Service takes all threats to the President, Vice President, former Presidents, and other protectees with the utmost seriousness, and conducts protective threat intelligence investigation to assess threats for the risk of unwanted outcomes. With respect to the Secret Service's protective mission, threats include calls for violence, recruitment of willing participants to initiate violence, and/or attempts to influence or encourage acts of violence towards Secret Service protectees. Use of the statement "86-

47" and other variations will be perceived as a potential threat against the protectee and as one that could incite others to engage in an unwanted outcome against the protectee. Such conduct will be investigated appropriately by the Secret Service to determine its potential to result in an act of violence and take appropriate protective action to mitigate any risk presented.

10. In a consensual encounter on May 12, 2026, Secret Service Special Agents approached an individual holding a flag displaying the statement "8647" at a demonstration site in the 300 block of Constitution Avenue, N.W., Washington, D.C., in front of the federal courthouse and approximately 1.5 miles from the White House Complex. The individual declined to be interviewed at that time. The Secret Service opened an investigation into the potential threat, as is our standard practice, and that investigation remains ongoing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2026.

Matthew C. Quinn
Deputy Director
United States Secret Service

4