**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ACCOUNTABILITY NOW USA

                Plaintiff,

    v.

KEVIN GRIESS, *et al.*,

                Defendants.

No. 1:26-cv-1385 (RDM)

**THIRD DECLARATION OF ANITA CAREY**

Anita Carey deposes and says:

1.      I am an Organizer with Accountability NOW. I am also the permit holder for the National Park Service permit issued to Accountability NOW for a demonstration near the George Meade Statue on Constitution Avenue in Washington, D.C. This is the third declaration I am filing in this case. The following events were relayed to me by volunteers with Accountability NOW who were present during these events.

2.      On May 12, 2026, U.S. Secret Service officers made two visits to Plaintiff's demonstration. Our volunteer who was present at the time made videotape recordings of those visits and sent them to me. Timestamps on the original video recordings show that the first visit was at 9:49 a.m. and that the second was at 10:14 a.m. The video recordings of both visits can be found at https://photos.app.goo.gl/MyS5T7g7b4JXRYmY6 .

3.      On Thursday morning, May 28, 2026, at about 9 a.m., a Park Service employee visited our demonstration site and took many photographs of the demonstration. This has not happened before. Our volunteer who was present informed me about this and at 11:28 a.m. I emailed our NPS permit officer to inquire about it:

Hi Marisa,

NPS personnel came by Meade this morning (May 28) and appeared to take photos of our permitted demonstration activity/setup.

Can you please clarify whether this is standard procedure, what the purpose of the photos is, and whether any specific compliance concern prompted them today?

At 12:44 p.m., the NPS permit officer responded:

Hello Anita,

That was Mel. The Superintendent asked us to conduct compliance check this morning. The photos were to show the Superintendent the site.

There are no compliance issues with Accountability of Now permit from the Division of Permits Management.

Marisa

Marisa E. Richardson
Park Ranger
Division of Permits Management

4.      Park Service employees regularly visit our demonstration to check our compliance with the terms of our permit, but this special visit with all the photography makes me concerned that the Superintendent, Defendant Griess, is looking for ways to find violations so that he can revoke our permit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Jose, California, on May 29, 2026.

_____
Anita Carey

2