**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ACCOUNTABILITY NOW USA

                Plaintiff,

    v.

KEVIN GRIESS, *et al.*,

                Defendants.

No. 1:26-cv-1385 (RDM)

**[Revised Proposed]
TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiff's application for a temporary restraining order, accompanying declarations, and any opposition and reply,

It appearing to the Court that Plaintiff is likely to succeed on the merits of its application, that it will suffer irreparable injury if the requested relief is not issued, and that the balance of equities and the public interest favor the entry of such an order, it is therefore,

**ORDERED** that Plaintiffs' application is **GRANTED**; and it is further

**ORDERED** that Defendants, their agents and employees, and all persons acting in concert with them, are hereby restrained, for 14 days from the date of this Order, from taking any action in retaliation against Plaintiff's display of its "8647" flag depicted in its TRO application, including revocation of Plaintiff's demonstration permit or seizure of said flag; and it is further

**ORDERED** that Defendants shall provide Plaintiff and its counsel with at least two full business days' notice before revoking their demonstration permit for any other purported reason; and it is further

1

2

**ORDERED** that this order shall be effective upon the posting of a bond in the amount of $1.00 with the Clerk of the Court.

Dated: May ___, 2026

_____
Randolph D. Moss
United States District Judge

2