**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ACCOUNTABILITY NOW USA,     )
          )
        Plaintiff,     )
          )
v.          )
          )   Case No. 1:26-cv-01385
KEVIN GRIESS, *et al.*,     )
          )   Hon. Randolph D. Moss
        Defendants     )
          )

**FEDERAL DEFENDANTS' SUPPLEMENTAL FILING IN RESPONSE TO
PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

On May 28, 2026, this Court held a hearing on Plaintiff's application for a temporary restraining order, *see* Dkt. 10, and invited the parties to submit supplemental information in support of their positions by noon today. The U.S. Secret Service followed that hearing and promptly followed up with undersigned counsel afterwards given the heightened threat environment involving the President. Given the time constraint, Federal Defendants were unable to locate the universe of documents and personnel involved in this matter or prepare any supplemental declarations ahead of this Court's deadline. That said, undersigned counsel conferred with the Secret Service this morning. The Secret Service shared the following information:

- As explained by U.S. Secret Service Deputy Director Quinn, the Secret Service regards "the statement '86-47' as a potential call for acts of violence directed at the President of the United States." Dkt. 13-1 ¶ 8. The term also "can incite violence by others." *Id*. Considering these serious threats, the Secret Service has shared this and other information about threats with various U.S. Attorney's Offices across the country as part of the current threat landscape.

- On Saturday, May 24, 2026, a shooting occurred in the vicinity of the White House. *See id*. ¶ 7. The Secret Service regards this shooting as a potential assassination attempt against the President. The Secret Service also considers this shooting a significant intervening event from when it first encountered the "individual holding a flag displaying the statement '8647'" on May 12. *Id*. ¶ 10.

- On Tuesday, May 26, in the aftermath of that intervening event, the Secret Service shared information with the U.S. Department of the Interior about its ongoing investigation relating to

1

the "individual holding a flag displaying the statement '8647'" on May 12 in the 300 block of Constitution Avenue, N.W. *Id*. The Secret Service was not aware that the individual was affiliated with Accountability Now or that Accountability Now filed a preliminary injunction motion. The next day, on May 27, the government ordered that the flag be taken down. *See* App. for TRO, Dkt. 10 at 1.

- Since late April 2026 when the press widely reported that "86-47" means acts of violence directed at the President*, see, e.g.*, Federal Defendants' Response, Dkt. 13 at 3–4 (citing press reports), the Secret Service has investigated or is currently investigating over 1,300 instances of individuals using "86-47" in an attempt to harm the President. The Secret Service has also investigated cases involving "86-46" messages, which carry the same meaning directed at President Biden.

- Most "86-47" investigations by the Secret Service involve online threats. According to the Secret Service, the use of an "86-47" flag near the White House is a novel event.

- The Secret Service does not construe "86-47" to mean impeachment. Given the Secret Service's statutory mission to protect national leaders and today's heightened threat environment, it treats the use of "86-47," or other variations of "86-XX," as potentially serious threats and investigates them accordingly. *See* Quinn Decl. ¶ 8.

On the equities, there is a strong governmental and public interest in taking the Secret Service's threat assessments seriously, especially given the heightened threat environment. *See, e.g., id*. ¶ 7 (describing "ever-increasing pace" of threats). The Secret Service is concerned about courts or the public downplaying the current threat levels against the public officials it protects, including by those individuals who use the symbol "86-47" or "86-46" to either carry out or inspire physical violence against President Trump and President Biden, respectively.

The undersigned can also represent that senior U.S. Department of Justice leadership conferred with senior leadership at both the U.S. Secret Service and the U.S. Department of the Interior about removing the "86-47" flag near the General Meade statue that is the subject to an ongoing Secret Service investigation. The decision to remove the "86-47" flag was made without knowledge that the flag was part of the demonstration by Accountability Now.

Dated: May 29, 2026

Respectfully submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General


/s/ John Adams

JOHN K. ADAMS
Illinois Bar No. 6323541
Deputy Associate Attorney General

DEVIN A. FROSETH
Florida Bar No. 1074655
Counsel to the Associate Attorney General

U.S. Department of Justice
950 Pennsylvania Ave., Northwest
Washington, D.C. 20530
202-514-2000
John.Adams5@usdoj.gov

*Counsel for Federal Defendants*

3