**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ACCOUNTABILITY NOW USA<br><br>        Plaintiff,<br><br>    v.<br><br>KEVIN GRIESS, *et al.*,<br><br>        Defendants. | No. 1:26-cv-1385 (RDM) |

**PLAINTIFF'S PHOTOGRAPHIC FILING**

In response to the Court's Minute Order posted at 1:59 today, directing Plaintiff to "submit any available photographs or other visual evidence of the context and location of its demonstration as a whole during the time period in which it displayed the flag," Plaintiff respectfully submits the videotape that is accessible at the following link, which provides a comprehensive view of the demonstration site, including the 8647 flag. It was filmed on May 14, 2026, at 6:48 p.m.:  https://photos.app.goo.gl/sgb28v6FSz6jLEQbA .

May 29, 2026

Respectfully submitted,

*/s/ Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
Aditi Shah (D.C. Bar No. 90033136)
Laura K. Follansbee (D.C. Bar No. 1782046)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
  OF THE DISTRICT OF COLUMBIA
529 14th Street, N.W., Suite 722
Washington, D.C. 20045
(202) 457-0800
aspitzer@acludc.org
ashah@acludc.org
lfollansbee@acludc.org

*Counsel for Plaintiff*

1

**VERIFICATION**

I, Anita Carey, hereby certify that the foregoing video recording is an accurate depiction of the Accountability NOW demonstration site during the time period in which it displayed the 8647 flag.

Signed under penalty of perjury in San Jose, California, this 29th day of May, 2026.

_____
Anita Carey