**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

ACCOUNTABILITY NOW USA,

    *Plaintiff*,


    v.

KEVIN GRIESS, *Superintendent of the National Mall and Memorial Parks*, *et al.*,

    *Defendants*.

</td><td>

Civil Action No. 26-1385 (RDM)

</td></tr>
</table>

## ORDER

For the reasons explained in the Court's memorandum opinion, Dkt. 20, it is hereby

**ORDERED** that Plaintiff's application for a temporary restraining order, Dkt. 10, is

**GRANTED**; it is further

**ORDERED** that Defendants, their agents and employees, and all persons acting in

concert with them, are hereby **RESTRAINED**, for 14 days from the date of this Order, from

revoking Plaintiff's demonstration permit as a result of Plaintiff's display of its "8647" flag, or

otherwise ordering the removal of or seizing Plaintiff's "8647" flag; and it is further

**ORDERED** that this order shall be effective upon the posting of a bond in the amount of

$1.00 with the Clerk of the Court.

    **SO ORDERED**.


                /s/ Randolph D. Moss
                RANDOLPH D. MOSS
                United States District Judge


Date:  June 1, 2026