**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ACCOUNTABILITY NOW USA<br><br>                Plaintiff,<br>    v.<br><br>KEVIN GRIESS, *et al*.,<br><br>                Defendants. | No. 1:26-cv-1385 (RDM) |

**NOTICE OF POSTING TRO BOND**

Defendants will please note that Plaintiff has posted the bond required by the Court's order of this date, and the temporary restraining order is therefore now in effect.

A copy of the receipt from the District Court Clerk's office is appended.

June 1, 2026

Respectfully submitted,

*/s/ Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
Aditi Shah (D.C. Bar No. 90033136)
Laura K. Follansbee (D.C. Bar No. 1782046)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
  OF THE DISTRICT OF COLUMBIA
529 14th Street, N.W., Suite 722
Washington, D.C. 20045
(202) 457-0800
ashah@acludc.org
lfollansbee@acludc.org
aspitzer@acludc.org

*Counsel for Plaintiff*

Generated: Jun 1, 2026 1:19PM

Page 1/1

# U.S. District Court

## District of Columbia

ACCOUNTABILITY NOW USA

Receipt Date: Jun 1, 2026 1:19PM

Rcpt No: 211962

Trans. Date: Jun 1, 2026 1:19PM

Cashier ID: #APBn (6560)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 701 | Treasury Registry | DOCX126CV001385 /001 ACCOUNTABILITY NOW USA | 1 | 1.00 | 1.00 |

| CD | Tender | | | | Amt |
|----|--------|---|---|---|-----|
| CA | Cash | | | | $1.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $1.00 |
| Total Tendered: | $1.00 |
| Total Cash Received: | $1.00 |
| Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.