**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ACCOUNTABILITY NOW USA,

       *Plaintiff*,

    *v.*

KEVIN GRIESS, *et al.*,

       *Defendants*.

Civil Action No. 1:26-cv-01385

Hon. Randolph D. Moss

**JOINT STATUS REPORT REGARDING
PRELIMINARY INJUNCTION MOTION**

Pursuant to the Court's May 28, 2026, Minute Order, counsel for Accountability NOW and the Defendants conferred to establish a proposed briefing schedule for Accountability NOW's pending Motion for Preliminary Injunction, ECF No. 8. The Parties agreed to and propose the following schedule:

| Date | Event |
| --- | --- |
| Wednesday, June 10, 2026 | Plaintiff's Renewed Motion for Preliminary Injunction |
| Wednesday, June 17, 2026 | Defendants' Response to Plaintiff's Renewed Motion for Preliminary Injunction |
| Monday, June 22, 2026 | Plaintiff's Reply to Defendants' Response |

Additionally, Accountability NOW asked whether the Defendants would consent to extending the Court's Temporary Restraining Order, ECF No. 21, until the Court issues a decision on Accountability NOW's preliminary injunction motion. Defendants declined to voluntarily stipulate to extending the Temporary Restraining Order in exchange for filing their response brief within one week of Accountability NOW's renewed motion.

1

Dated:  June 2, 2026                          Respectfully submitted,


                                              /s/ Arthur B. Spitzer
                                              Arthur B. Spitzer (D.C. Bar No. 235960)
                                              Aditi Shah (D.C. Bar No. 90033136)
                                              Laura K. Follansbee (D.C. Bar No. 1782046)
                                              AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                                                   OF THE DISTRICT OF COLUMBIA
                                              529 14th Street, N.W., Suite 722
                                              Washington, D.C. 20045
                                              (202) 457-0800
                                              aspitzer@acludc.org
                                              ashah@acludc.org
                                              lfollansbee@acludc.org

                                              *Attorneys for Plaintiff Accountability NOW*


                                              /s/ Devin A. Froseth
                                              DEVIN A. FROSETH
                                              Florida Bar No. 1074655
                                              Counsel to the Associate Attorney General
                                              U.S. Department of Justice
                                              950 Pennsylvania Ave., NW
                                              Washington, D.C. 20530
                                              202-514-2000
                                              devin.a.froseth@usdoj.gov

                                              *Attorney for Federal Defendants*

2