**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |
|---|
| ACCOUNTABILITY NOW USA |
| Plaintiff, |
| v. |
| KEVIN GRIESS, *et al*., |
| Defendants. |

No. 1:26-cv-1385 (RDM)

**MOTION FOR LEAVE TO FILE ADDITIONAL DECLARATION**

Pursuant to LCvR 65.1(c), Plaintiff respectfully moves for leave to file an additional declaration of Anita Carey. The proposed declaration is attached.

Defendants have requested the inclusion of this statement: "Defendants oppose Plaintiff's motion for leave to submit a sixth Carey Declaration within 24 hours of oral argument."

\*     \*     \*

The Local Rules provide that an application for a preliminary injunction "shall be supported by all affidavits on which the plaintiff intends to rely," and that supplemental affidavits "may be filed only with permission of the Court." LCvR 65.1(c). Courts in this District have required a showing of "good cause" for leave to file supplemental affidavits. *Alliance for Retired Americans v. Bessent*, 2025 WL 1744617, at \*1 (D.D.C. Feb. 11, 2025); *Oceans v. U.S. Dep't of Interior*, 2024 WL 3104945, at \*3 (D.D.C. June 24, 2024); *see also Marsh v. Johnson*, 263 F. Supp. 2d 49, 53-54 (D.D.C. 2003) (noting that "Courts have the discretion to allow parties to supplement the record of a case," and "exercise[ing] its discretion to grant the defendant leave to file the supplemental declarations.").

Good cause is present here because the proposed declaration is offered only to correct or clarify issues of fact that Defendants' opposition (ECF 31) has stated inaccurately, incompletely, or without necessary context. Providing a more accurate and complete record is especially important in light of the Court's notice that it is considering consolidation of the preliminary injunction with the merits, which would make the preliminary injunction record the full record. *See* Minute Order of June 18, 2026.

June 22, 2026

Respectfully submitted,

*/s/ Aditi Shah*
Aditi Shah (D.C. Bar No. 90033136)
Laura K. Follansbee (D.C. Bar No. 1782046)
Arthur B. Spitzer (D.C. Bar No. 235960)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
  OF THE DISTRICT OF COLUMBIA
529 14th Street, N.W., Suite 722
Washington, D.C. 20045
(202) 457-0800
ashah@acludc.org
lfollansbee@acludc.org
aspitzer@acludc.org

*Counsel for Plaintiff*