**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

ACCOUNTABILITY NOW USA

          Plaintiff,

    v.

KEVIN GRIESS, *et al*.,

          Defendants.

No. 1:26-cv-2385 (RDM)

---

**SIXTH DECLARATION OF ANITA CAREY**

Anita Carey deposes and says:

1.  I am an Organizer with Accountability NOW. I am also the permit holder for the National Park Service permit issued to Accountability NOW for a demonstration near the George Meade Statue on Constitution Avenue in Washington, D.C. I consulted with volunteers with Accountability NOW and FLARE who have direct knowledge and/or experience with the facts that are described below and who confirmed their accuracy.

2.  Defendants' opposition to the motion for a preliminary injunction, ECF 31 ("Opp."), states that "[j]ust after widespread reporting that '86-47' may encourage political violence against the President, Accountability NOW began displaying a flag with an '86-47' message." Opp. at 6 (citing my Second Declaration, ECF 10-2, which said, "Plaintiff has been displaying this flag for more than two weeks"). Defendants' surmise that we had been displaying it for *only* about two weeks is incorrect. Accountability NOW has actually been displaying the 8647 flag on and off since October 2025, when one of our volunteers purchased it on Amazon.com., as reflected in this screenshot from the volunteer's Amazon account:



From October 2025 to April 28, 2026, when Mr. Comey was indicted, there was no "widespread reporting that '86-47' may encourage political violence against the President." And much of the widespread reporting about Mr. Comey's indictment actually debunked the Justice Department's risible allegation about the meaning of those numbers.

3. Defendants' opposition also states that "[d]uring this litigation, Accountability NOW has introduced new displays, including … a sign that says "TRUMP ASSAULTS CHILDREN OBVIOUSLY." Opp. at 8. It is not correct that this banner was introduced during this litigation. It was given to us by the creator of the popular website, www.epsteinsbestfriend.com (which is shown on that banner) when he visited us on September 2, 2025, and we have been displaying it since then—in other words, for more than six months before this litigation began. Like our other signs and banners, it is rotated on and off display, so it has not been continuously displayed during that time.

4. Defendants' opposition also states that Plaintiff's "child-rape signs were explicitly directed at children." Opp. at 9. While one of the signs identified in the amended complaint begins with the word "KIDS,", both signs were directed at all the people who visit our demonstration. The sign that begins with "KIDS" may well make parents think about what lessons their children are learning if they see their parents still supporting an adjudicated sex criminal like President Trump. Minors do sometimes visit our demonstration site. On one occasion a group of kids who were doing a scavenger hunt came by with their parents. They were very excited to cross "protesters" off their list. They took a picture with us and their parents signed our petition. Neither the parents nor the kids were offended by our signs. Recently, a large group of middle schoolers walked by; many of them cheered and raised their fists in solidarity

2

with our message. We have had no complaints from children or their parents of the sort one would expect if we were displaying obscene material.

5. Defendants' opposition also states that "Defendants understand that Accountability NOW and 'FLARE' are related entities," and that FLARE's website "encourages its 'Resisters' to 'take precautions before protesting off-site' to include 'utilizing disguises.'" Opp. at 5 n.5. It is correct that many of Plaintiff's volunteers also volunteer with FLARE, and vice versa. The same web page cited by Defendants, https://flareusa.org/about-flare/, states that "FLARE's mission is to fight the rise of fascism in the United States by sustaining a 24/7 nonviolent occupation in the shadow of the U.S. Capitol. Our goal is to dismantle the fascist regime, firstly with the impeachment and removal of the 47th President." That web page also states, "Now is the time to rise up and fix what has been broken. Impeachment, conviction, and removal is the peaceful, lawful way." Regarding the use of disguises, the same web page states that volunteers are "encouraged to take precautions before protesting off-site, such as buddying-up, staying with the group, practicing digital safety, or utilizing disguises if they so choose." The particular background regarding disguises is that FLARE volunteers have been conducting demonstrations in front of the Heritage Foundation's office on Capitol Hill. Heritage Foundation personnel have doxxed the demonstrators by posting flyers showing their names and photographs and urging viewers to "TEXT 50411," which is the D.C. Police Department's anonymous text tip line, see https://mpdc.dc.gov/50411. Here is an example:



3

To protect themselves from being doxxed, some volunteers have taken to wearing Groucho Marx

faces when demonstrating at Heritage. Those are the "disguises" referred to on FLARE's

website:



6.  It is correct that a sign at Plaintiff's demonstration on April 14, 2026, read "PARTY

AT FLARE WHEN HE'S DEAD." Opp. at 6. That sentiment is widely shared on social media

by people who believe that President Trump is destroying democracy. See, for example,

https://www.instagram.com/p/DLOWSGPxo0T/?utm_source=ig_web_copy_link&igsh=MzRlO

DBiNWFlZA%3D%3D ("WORLD'S MOST ANTICIPATED OBITUARY");

https://www.instagram.com/p/DZQ8Zkrlrhn/?utm_source=ig_web_copy_link&igsh=MzRlODBi

NWFlZA%3D%3D (TheTrumpObituary.com). However, it is in no way a call to do physical

harm to the President. I will add a personal note: I want President Trump to live a long and

healthy life at Mar-a-Lago *after* he is impeached by the House, convicted by the Senate, and

removed from office for the first time ever in our nation's presidential history. I know for a fact that all of us at Accountability NOW (and at FLARE) feel the same way—we want Trump impeached, convicted, and removed. Some of our volunteers make their own signs and add them to our display; that was the case with the "Party" sign. We do not have strict rules governing such signs. The photograph below shows one of our volunteers posing with the "Party" sign, which was displayed for a couple of weeks and then rotated out:



7.  Defendants' opposition also states that Plaintiff's demonstration included "a balloon appearing to depict a green figure sexually assaulting the President." Opp. at 6. Here is a photograph of that balloon, which I interpret as depicting Jeffrey Epstein having consensual sex with the President:



These balloons are made by humpthetrump.com, which is located in Herlev, Denmark. They make similar balloons showing Trump being humped by ICE, Vladimir Putin, Benjamin Netanyahu, and Elon Musk:







| ICE | Vladimir Putin | Netanyahu | Jeffrey Epstein | Elon Musk |
| $99.00 | $99.00 | $99.00 | $99.00 | $99.00 |

Members of this Danish company were at a demonstration at the Washington Monument on Mayday (May 1, 2026) and gifted us this balloon at that time. I interpret these balloons as showing consensual activity because they are all friends—Trump and Epstein, Trump and Putin, Trump and Netanyahu, Trump and Musk.

8.  Defendants say, "Accountability NOW . . . still has a demonstration permit and, in fact, has received several amended permits since NPS first asked it to take the obscene signs down on April 12." Opp at 2. If that statement is intended to imply that Defendants have been exercising some discretion in our favor, that implication is incorrect. We receive amended permits on a frequent basis because we are required to update our permit to add or remove the names of volunteers attending the tent, to add or remove resources such as heaters or a stage for a rally, and to add details of coming events such as a rally.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C., on June 22, 2026.

_____
Anita Carey

6