**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ACCOUNTABILITY NOW USA<br><br>        Plaintiff,<br><br>   v.<br><br>KEVIN GRIESS, *et al*.,<br><br>        Defendants. | No. 1:26-cv-1385 (RDM) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**ADDITIONAL DECLARATION**

Upon consideration of Plaintiff's motion for leave to file an additional declaration ("Motion") and any opposition and reply,

It appearing to the Court that Plaintiff has shown good cause for seeking this relief, it is therefore,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** that the Sixth Declaration of Anita Carey filed with Plaintiff's Motion shall be docketed and considered as part of the record on Plaintiff's renewed motion for a preliminary injunction.

Dated: June ___, 2026

_____
Randolph D. Moss
United States District Judge