**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ACCOUNTABILITY NOW USA

Plaintiff,

v.

KEVIN GRIESS, *et al.*,

Defendants.

No. 1:26-cv-1385 (RDM)

**[REVISED PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED MOTION**
**FOR A PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff's Renewed Motion for a Preliminary Injunction and any opposition and reply,

It appearing to the Court that Plaintiff is likely to succeed on the merits of its action, that it will suffer irreparable injury if the requested relief is not issued, and that the balance of equities and the public interest favor the entry of such an order, it is therefore,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** that Defendants, their agents and employees, and all persons acting in concert with them, are hereby enjoined, pending further order of the Court, from taking any action in retaliation against Plaintiff for its display of the signs depicted in paragraph 9 of the First Amended Complaint in this action (ECF 9) or of any signs or banners with substantially similar messages, including revocation of Plaintiff's demonstration permit or seizure of said signs or banners; and it is further

**ORDERED** that Defendants, their agents and employees, and all persons acting in concert with them, are hereby enjoined, pending further order of the Court, from taking any action in retaliation against Plaintiff for its display of its "8647" flag depicted in paragraph 23 of the First

1

Amended Complaint in this action (ECF 9) or of any similar flags or signs containing the phrase

"8647," including revocation of Plaintiff's demonstration permit or seizure of said flags or signs;

and it is further

       **ORDERED** that this order shall be effective upon the posting of a bond in the amount of

$1.00 with the Clerk of the Court.

Dated: June ___, 2026

                                      _____
                                      Randolph D. Moss
                                      United States District Judge