**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ACCOUNTABILITY NOW USA,<br><br>        *Plaintiff,*<br><br>    *v.*<br><br>KEVIN GRIESS, *et al.*,<br><br>        *Defendants.* | Civil Action No. 1:26-cv-01385<br><br>    Hon. Randolph D. Moss |

**JOINT STATUS REPORT REGARDING TREATING
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION
<u>AS A MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to the Court's June 18, 2026, Minute Order requesting that the Parties "SHOW CAUSE as to why the Court should not treat the pending motion for a preliminary injunction, in the alternative, as a motion for summary judgment," the Parties submit that the Parties agree that there are no materially disputed facts relevant to Plaintiff's claim and that neither Party objects to the Court's proposal.

Respectfully submitted on June 24, 2026,

| | |
|---|---|
| */s/ Arthur B. Spitzer* | */s/ Devin A. Froseth* |
| Arthur B. Spitzer (D.C. Bar No. 235960) | DEVIN A. FROSETH |
| Aditi Shah (D.C. Bar No. 90033136) | Florida Bar No. 1074655 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Counsel to the Associate Attorney General |
| OF THE DISTRICT OF COLUMBIA | U.S. Department of Justice |
| 529 14th Street, N.W., Suite 722 | 950 Pennsylvania Ave., NW |
| Washington, D.C. 20045 | Washington, D.C. 20530 |
| (202) 457-0800 | 202-514-2000 |
| aspitzer@acludc.org | devin.a.froseth@usdoj.gov |
| ashah@acludc.org | |
| | |
| *Attorneys for Plaintiff Accountability NOW* | *Attorney for Federal Defendants* |