**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ACCOUNTABILITY NOW USA

                    Plaintiff,

    v.

KEVIN GRIESS, *et al.*,

                   Defendants.

No. 1:26-cv-1385 (RDM)

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' SURREPLY**

Upon consideration of Plaintiff's motion for leave to file a response to Defendants' surreply ("Motion") and any opposition and reply,

It appearing to the Court that Plaintiff has shown good cause for seeking this relief, it is therefore,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** that the response filed with Plaintiff's Motion shall be docketed and considered as part of the record on Plaintiff's renewed motion for a preliminary injunction.

Dated: June \_\_\_, 2026

                                   _____

                                   Randolph D. Moss
                                   United States District Judge