**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ACCOUNTABILITY NOW USA,

     *Plaintiff,*

     v.

KEVIN GRIESS, *Superintendent of the National Mall and Memorial Parks*, et al.,

     *Defendants.*

Civil Action No. 26-1385 (RDM)

## ORDER

For the reasons explained in the Court's memorandum opinion, Dkt. 40, it is hereby **ORDERED** that Plaintiff's motion for summary judgment, Dkt. 27, is **GRANTED**.

It is further **DECLARED** that Plaintiff's two signs described in the Court's opinion, which accuse President Trump of sexually assaulting a minor, are not legally obscene, and that its "8647" flag, also described in the Court's opinion, is not a true threat to the President or incitement of violence; it is further

**DECLARED** that Plaintiff's aforementioned displays, in a public forum pursuant to a valid demonstration permit, are protected by the First Amendment's Free Speech Clause; it is further

**ORDERED** that Defendants, their "officers, agents, servants, employees, and attorneys[,]" Fed. R. Civ. P. 65(d)(2)(B), and all "other persons who are in active concert or participation" with the aforementioned entities and individuals, Fed. R. Civ. P. 65(d)(2)(C), are hereby **PERMANENTLY ENJOINED**, pending further order of the Court, from revoking Plaintiff's demonstration permit as a result of Plaintiff's display of its "8647" flag or any

substantially similar flags or signs containing the phrase "8647" displayed in a substantially similar context, or from otherwise ordering the removal of or seizing Plaintiff's "8647" flag or substantially similar displays; it is further

**ORDERED** that Defendants, their "officers, agents, servants, employees, and attorneys[,]" Fed. R. Civ. P. 65(d)(2)(B), and all "other persons who are in active concert or participation" with the aforementioned entities and individuals, Fed. R. Civ. P. 65(d)(2)(C), are hereby **PERMANENTLY ENJOINED**, pending further order of the Court, from revoking Plaintiff's demonstration permit as a result of Plaintiff's display of the two signs that accuse President Trump of sexually assaulting a minor or any substantially similar displays, or from otherwise ordering the removal of or seizing the aforementioned signs or substantially similar displays; and it is further

**ORDERED** that this order shall be effective upon the posting of a bond in the amount of $10.00 with the Clerk of the Court.

**SO ORDERED.**

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  June 29, 2026