IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Accountability NOW USA,<br><br>   *Plaintiff*,<br><br>  v.<br><br>KEVIN GRIESS, in his official capacity as Superintendent, National Mall and Memorial Parks, U.S. National Park Service, *et al.*,<br><br>   *Defendants*. | Civil Action No. 26-1385 (RDM) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Undersigned counsel, Devin Froseth, hereby withdraws his appearance on behalf of the defendants in the above-captioned case.  Mr. Froseth is leaving the Department of Justice on July 17, 2026.  The defendants will remain represented by other attorneys at the Department of Justice.

July 16, 2026

Respectfully submitted,

/s/ *Devin A. Froseth*
DEVIN A. FROSETH
Florida Bar No. 1074655
Counsel to the Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, Northwest
Washington, D.C. 20530
202-514-2000 (phone)
devin.a.froseth@usdoj.gov

*Attorney for Federal Defendants*