**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ACCOUNTABILITY NOW USA,

*Plaintiff*,

*v.*

KEVIN GRIESS, *Superintendent of the National Mall and Memorial Parks*, *et al.*,

*Defendants*.

Civil Action No. 26-1385 (RDM)

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Defendants hereby appeal to the U.S. Court of Appeals for the D.C. Circuit from the order of this Court granting Plaintiff's motion for summary judgment, entered on June 29, 2026, ECF No. 41, and from all prior orders and rulings incorporated or merging therein.

August 28, 2026

Respectfully submitted,

STANLEY E. WOODWARD, JR.
D.C. Bar No. 997320
Associate Attorney General

JOHN K. ADAMS
Illinois Bar No. 6323541
Deputy Associate Attorney General

*/s/ Michael Weisbuch*
MICHAEL WEISBUCH
D.C. Bar. No. 1743257
Senior Counsel to the Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, Northwest
Washington, D.C. 20530
202-514-2000
Michael.weisbuch@usdoj.gov

*Counsel for Defendants*