**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ACCOUNTABILITY NOW USA,

*Plaintiff*,

*v.*

KEVIN GRIESS, *et al.*,

*Defendants*.

Civil Action No. 26-01385 (RDM)

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report and the entire record in this matter, it is **ORDERED** that the briefing schedule governing Plaintiff's forthcoming motion for costs and fees is as follows:

| **Event** | **Deadline** |
|---|---|
| Plaintiff's motion | November 12, 2026 |
| Defendants' response to Plaintiff's motion | December 3, 2026 |
| Plaintiff's reply | December 17, 2026 |

Dated: October ___, 2026

______________________________
Randolph D. Moss
United States District Judge